570 A.2d 950

JUDY A. LA MANTIA v. JOHN F. DURST, ET AL. AND
EVANS, OSBORNE & KREIZMAN, ESQS. v.
MONTE MARRIOTT, ESQS.

October 3, 1989.

Petition for certification denied. (See 234 *N.J.Super.* 534, 561 *A.*2d 275).

570 A.2d 950

YALE EMMER v. KENNETH D. MERIN, ETC.

October 3, 1989.

Petition for certification denied. (See 233 *N.J.Super.* 568, 559 *A.*2d 845)

570 A.2d 950

BRAHAM D. POLIKOFF, ETC., ET AL. v. JOHN CALABRO, M.D.,
ET AL.

October 3, 1989.

Petition for certification denied.